UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A99-0608--CV (HRH)
"LEISNOI INC V USA"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/12/99
            Closed: 01/15/02

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (290) Other real property actions
                   28:2409A
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/12/99 receipt # 00110505
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1           LEISNOI INC                   John R. Fitzgerald
                                                Governo Law Firm
                                                260 Franklin Street
                                                Boston, MA 02110
                                                617-737-9045
                                                FAX 617-737-9046

DEF 1.1           UNITED STATES OF AMERICA      Bruce M. Landon
                                                U.S. Department of Justice
                                                801 B Street, Suite 504
                                                Anchorage, AK 99501-3657
                                                907-271-5452

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A99-0608--CV (HRH)
                                 "LEISNOI INC V USA"

                                 For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 11/12/99
             Closed: 01/15/02

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (290) Other real property actions
                     28:2409A
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 11/12/99 receipt # 00110505
           Trial by:


Document #   Filed       Docket text

    1 -  1   11/12/99    Complaint to quiet title filed; Summons issued.

    2 -  1   11/29/99    HRH Minute Order that by agreement of the judges this case is reassigned
                         to Judge Sedwick for all further proceedings.  Use case number A99-608CV
                         (JWS) on all future filings. cc: cnsl, Judge Sedwick

    3 -  1   12/15/99    PLF 1 Return of Service Executed re: Janet Reno & US Attorney on
                         11/26/99.

    4 -  1   12/15/99    PLF 1 motion for confirmation of the United States' disclaimer of
                         interest w/att memo & exhs.

    5 -  1   12/29/99    DEF 1 motion to stay briefing on plaintiffs' motion for confirmation of
                         United States' disclaimer of interest or

    5 -  2   12/29/99    DEF 1 motion for extension of time of 10 days after court denies motion
                         to stay to respond to the motion to confirm.

    6 -  1   01/05/00    PLF 1 partial opposition to DEF 1 motion to stay briefing on plaintiffs'
                         motion for confirmation of United States' disclaimer of interest (5-1).

    7 -  1   01/11/00    DEF 1 reply to partial opposition to DEF 1 motion to stay briefing on
                         plaintiffs' motion for confirmation of United States' disclaimer of
                         interest (5-1) .

    8 -  1   01/21/00    DEF 1 Answer to Complaint.

    9 -  1   02/02/00    JWS Minute Order denying mot for confirmation of the defs' disclaimer of
                         interest (4-1) as premature; granting mot to stay brfing on plfs' mot
                         for confirmation (5-1), mot for ext of time of 10 days after crt denies
                         motion to stay (5-2); plf may file a new mot not less than 30 days
                         following filing of def ans. cc: cnsl

   10 -  1   02/07/00    DEF 1 motion to dismiss per Rule 12 w/att memo & exhs.

   11 -  1   02/16/00    PLF 1 opposition to DEF 1 motion to dismiss per Rule 12 (10-1) w/att
                         exhs.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A99-0608--CV (HRH)
"LEISNOI INC V USA"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 12 | - 1 | 02/23/00 | PLF 1 motion for summary judgment or, alternatively for confirmation of the United States' disclaimer of interest w/att memo & statement of facts. |
| 13 | - 1 | 02/28/00 | DEF 1 reply to opposition to DEF 1 motion to dismiss per Rule 12 (10-1) . |
| 14 | - 1 | 02/29/00 | DEF 1 Notice of related cases. |
| 15 | - 1 | 02/29/00 | DEF 1 motion to stay re: plaintiff's motion for summary judgment. |
| 16 | - 1 | 03/06/00 | PLF 1 motion for leave to file surrebutal memorandum to government's reply to opposition to mot to dismiss w/att proposed memo. |
| 17 | - 1 | 03/08/00 | JWS Minute Order granting motion for leave to file surrebutal memorandum to govt's reply (16-1). cc: cnsl |
| 18 | - 1 | 03/08/00 | PLF 1 Supplement re: surrebuttal to DEF 1 reply to PLF 1 oppo to DEF 1 motion to dismiss per Rule 12 (10-1). |
| 19 | - 1 | 06/05/00 | JWS Order denying w/o prej mot to dismiss per Rule 12 (10-1), mot for sj (12-1); terminating in light of this ord: mot to stay re: plf's mot for sj (15-1); this action is stayed pending resolution of state crt and federal administrative proceedings; plf to file stat rpt on 1st day of every 6th month commencing 7/1/00. cc: cnsl |
| 20 | - 1 | 06/12/00 | PLF 1 motion for reconsideration of court order 6/5/00 staying this case w/att exhs. |
| 21 | - 1 | 06/12/00 | PLF 1 Alternative motion to lift stay to allow filing of amended complaint deleting termination point w/att memo & proposed amended complaint. |
| 22 | - 1 | 06/12/00 | PLF 1 motion for certification pursuant to 28 U.S.C. Section 1292(b) w/att memo. |
| 23 | - 1 | 06/12/00 | PLF 1 motion for hearing on shortened time or for expedited consideration re: mots at dkt #'s 20, 21, & 22 w/att aff. |
| 24 | - 1 | 06/12/00 | PLF 1 Certificate of service re: PLF 1 motion for reconsideration of court order 6/5/00 staying this case (20-1), PLF 1 motion to lift stay to allow filing of amended complaint deleting termination point (21-1), PLF 1 motion for certification pursuant to 28 U.S.C. Section 1292(b) (22-1), PLF 1 motion for hearing on shortened time or for expedited consideration re: mots at dkt #'s 20, 21, & 22 (23-1). |
| 25 | - 1 | 06/12/00 | JWS Minute Order granting motion for hearing on shortened time (23-1); oppos to mots at dkts 20, 21 and 22 due 6/19/00; replies due 6/22/00. cc: cnsl |
| 26 | - 1 | 06/15/00 | DEF 1 non-opposition to PLF 1 motion for reconsideration of court order 6/5/00 staying this case (20-1), PLF 1 Alternative motion to lift stay to allow filing of amended complaint deleting termination point (21-1). |
| 26 | - 2 | 06/15/00 | DEF 1 opposition to PLF 1 alternate motion for injunctive relief contained in mot for reconsideration of court order 6/5/00 staying this case (20-1), PLF 1 motion for certification pursuant to 28 U.S.C. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A99-0608--CV (HRH)
                                        "LEISNOI INC V USA"

                                         For all filing dates
```

```
Document #    Filed     Docket text
----------    -----     -----------
                        Section 1292(b) (22-1).

   27 -  1    06/19/00  PLF 1 reply to non- opposition to PLF 1 motion for reconsideration of
                        court order 6/5/00 staying this case (20-1),opposition re: PLF 1
                        Alternative motion to lift stay to allow filing of amended complaint
                        deleting termination point (21-1), PLF 1 motion for certification
                        pursuant to 28 U.S.C. Section 1292(b) (22-1) .

   28 -  1    07/13/00  JWS Order vacating ord at dkt 19. cc: cnsl

   28 -  2    07/13/00  JWS Order granting mot to dismiss per Rule 12 (10-1); terminating in
                        light of this ord: mot for sj (12-1), mot to stay re: plf's mot for sj
                        (15-1), mot for reconsideration of crt ord 6/5/00 staying this case
                        (20-1), mot to lift stay to allow filing of amended cmplt deleting
                        termination (21-1), mot for certification pursuant to 28 U.S.C. Section
                        1292(b) (22-1). cc: cnsl

   29 -  1    07/14/00  JWS Judgment that plf take nothing and action dism on merits. cc: cnsl,
                        O&J 10910 (redistributed w/9CCA costs 11/26/01)

   30 -  1    07/21/00  PLF 1 motion for reconsideration or for new trial w/att memo.

   31 -  1    07/24/00  JWS Minute Order denying motion for reconsideration (30-1). cc: cnsl

 NOTE -  2    08/23/00  Notation (re: Appeal): paid fee of $105.00 receipt # 00112637.

   32 -  1    08/23/00  PLF 1 appeal to 9CCA of (29-1) filed 07/14/00, (31-1) filed 07/24/00.
                        cc:cnsl, Judge Sedwick, 9CCA

 NOTE -  1    08/24/00  Transmittal: Forwarded notice of appeal (32-1) to 9CCA w/ representation
                        statement & CADD.

   33 -  1    08/24/00  Cy 9CCA Certificate of Record. (32-1) cc: cnsl, Judge Sedwick, 9CCA
                        (original)

   34 -  1    09/07/00  Cy 9CCA Time Schedule Order. (32-1) cc:cnsl, Judge Sedwick

   35 -  1    11/26/01  9CCA Judgment re: notice of appeal (32-1) that the district court's
                        decision is REVERSED & REMANDED w/att opinion. Costs taxed. cc: cnsl,
                        Judge Sedwick

   36 -  1    11/26/01  Copy of Bill of Costs from 9CCA. Costs taxed in the amount of $348.80.
                        (32-1) cc:cnsl, Judge Sedwick

   37 -  1    11/27/01  ZZZ 1 motion to intervene w/att exhs.

   38 -  1    11/30/01  JWS Minute Order that cnsl for parties file stat rpt re: conclusion of
                        litigation by 1/15/02. cc: cnsl

   39 -  1    12/14/01  PLF 1 opposition to ZZZ 1 motion to intervene (37-1) w/att exhs.

   40 -  1    12/17/01  DEF 1 opposition to ZZZ 1 motion to intervene (37-1) w/att exhs.

   41 -  1    12/21/01  ZZZ 1 Request for Oral Argument re: ZZZ 1 motion to intervene (37-1).

   42 -  1    12/21/01  ZZZ 1 reply to opposition to ZZZ 1 motion to intervene (37-1).

   43 -  1    12/26/01  JWS Minute Order recusing himself; case is reassigned to Judge Holland;
                        use case number A99-0608 CV (HRH) on future filings. cc: cnsl, Judge
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A99-0608--CV (HRH)
                                  "LEISNOI INC V USA"
```

                             For all filing dates

```
Document #    Filed      Docket text
----------    -----      -----------
                         Holland

    44 -   1  01/09/02   DEF 1 Disclaimer.

    45 -   1  01/14/02   PLF 1 motion for confirmation of the US's disclaimer of interest

    46 -   1  01/14/02   PLF 1 Report re: status

    47 -   1  01/14/02   DEF 1 non-opposition to PLF 1 motion for confirmation of the US's
                         disclaimer of interest (45-1)

    48 -   1  01/15/02   HRH Order quieting title & granting motion for confirmation of the US's
                         disclaimer of interest (45-1); terminating in light of this order:
                         motion to intervene (37-1) as moot; action dismissed. cc: cnsl

    49 -   1  01/15/02   ZZZ 1 Objections to Leisnoi Inc's status report

    50 -   1  01/23/02   ZZZ 1 motion for reconsideration (of 1/15/02 order) w/att exhs

    51 -   1  01/30/02   HRH Order denying motion for reconsideration (of 1/15/02 order) (50-1).
                         cc: cnsl

    52 -   1  02/01/02   PLF 1 Ackowledgment of receipt of costs taxed by 9CCA.

    53 -   1  02/01/02   ZZZ 1 interloculatory appeal to 9CCA of (48-1) filed 01/15/02. cc:cnsl,
                         Judge Holland, 9CCA

  NOTE -   3  02/04/02   Transmittal: Forwarded notice of appeal (53-1) to 9CCA alon with
                         representation statement.

    54 -   1  02/04/02   Cy 9CCA Certificate of Record. (53-1) cc: cnsl, Judge Holland, 9CCA
                         (original)

    55 -   1  02/07/02   Cy 9CCA Amended Certificate of Record. (53-1) cc: cnsl, Jude Holland,
                         9CCA (original)

    56 -   1  02/11/02   ZZZ 1 Transcript Designation/Order Form re: notice of appeal (53-1) no
                         ordered. cc:ecr

    57 -   1  02/26/02   Cy 9CCA Time Schedule Order. (53-1) cc:cnsl, Judge Holland

    58 -   1  07/16/02   Copy of Order from 9CCA that panel will retain jurisdiction. (53-1)
                         cc:cnsl, Judge Holland

    59 -   1  01/14/03   Copy of Order from 9CCA (53-1) cc: cnsl, Judge Holland

    60 -   1  02/19/03   9CCA Judgment re: notice of appeal (53-1) that the district court's
                         decision is AFFIRMED. cc: cnsl, Judge Holland
```